**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Walter Harold SARAVIA–MELENDEZ,
Defendant–Appellant.**

No. 04–40505.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 21, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney'S Office Southern District of Texas, Houston, TX, Plaintiff–Appellee.

Mark Michael Dowd, U.S. Attorney's Office Southern District of Texas, Brownsville, TX, Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Walter Harold Saravia–Melendez concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

The motion is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.